

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | | No. 08-19-00132-CV |
| | § | |
| IES RESIDENTIAL, INC. AND | | AN ORIGINAL PROCEEDING |
| JEREMY SERNAS, | § | |
| | | IN MANDAMUS |
| Relators. | § | |
| | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Sergio H. Enriquez, Judge of the 448th District Court of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 21ST DAY OF MAY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.